1  Carin A. Marney, WSBA No. 25132
   Theodore A. Sheffield, WSBA No 35874
2  LANE POWELL PC
   1420 Fifth Avenue, Suite 4100
3  Seattle, Washington 98101-2338
   Telephone: 206.223.7000
4  Facsimile: 206.223.7107

5  Attorneys for Defendants Life Care
   Centers of America, Inc. and Kennewick
6  Medical Investors LLC, d/b/a Life Care
   Center of Kennewick

7

8

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
10

11 ESTATE OF MARGARETTE E.            )
   ECKSTEIN, by and through its       )
   Personal Representative, PATRICIA K.) NO.
12 LUCKEY,                            )
                                      ) DECLARATION OF CARIN A.
13                  Plaintiff,        ) MARNEY IN SUPPORT OF
                                      ) REMOVAL
14      v.                            )
                                      )
15 LIFECARE CENTERS OF                )
   AMERICA, INC., a Tennessee         )
16 corporation; LIFE CARE CENTER OF   )
   KENNEWICK, a Washington Nursing    )
17 Home; KENNEWICK MEDICAL            )
   INVESTORS, LLC, a Delaware         )
18 corporation; JOHN DOES 1-10        )
   inclusively, jointly and severally liable, )
19                                    )
                    Defendants.       )
20 _____)

21 I, CARIN A. MARNEY, do hereby declare:

22
       1.     I am one of the attorneys of record for Defendants Life Care
23
24 Centers of America, Inc., and Kennewick Medical Investors, LLC d/b/a Life

25 Care Center of Kennewick, (collectively referred to herein as "Defendants") in

26

DECLARATION OF CARIN A. MARNEY IN SUPPORT
OF REMOVAL - 1
                                                    **LANE POWELL** PC
                                                 1420 FIFTH AVENUE, SUITE 4100
                                                 SEATTLE, WASHINGTON 98101-2338
119707.0016/1687582.1                            206.223.7000 FAX: 206.223.7107

1  the above-referenced action. I make this declaration based upon my personal

2  knowledge.

3      2.    Defendant Life Care Centers of America, Inc. is a Tennessee

4  corporation with its principal place of business in Tennessee. Attached hereto as

5  Exhibit A is a true and correct copy of Defendant Life Care Centers of America,

6  Inc.'s registration information maintained on the Washington Secretary of State

7  website, http://www.secstate.wa.gov.

8      3.    Defendant Kennewick Medical Investors, LLC is a Delaware

9  limited liability company with its principal place of business in Tennessee.

10 Attached hereto as Exhibit B is a true and correct copy of Kennewick Medical

11 Investors, LLC's registration information maintained on the Washington

12 Secretary of State website, http://www.secstate.wa.gov.

13     4.    Life Care Center of Kennewick, named separately by Plaintiff as a

14 defendant, is not, in fact, a separate legal entity but is rather only a d/b/a for

15 Defendant Kennewick Medical Investors, LLC.

16     5.    This is a case in which Plaintiff alleges Neglect of a Vulnerable

17 Adult, Corporate Negligence, and Wrongful Death. I reasonably believe the

18 amount in controversy to exceed $75,000. Plaintiff is also seeking attorneys'

19 fees and costs.

DECLARATION OF CARIN A. MARNEY IN SUPPORT
OF REMOVAL - 2

119707.0016/1687582.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

6. Because Plaintiff is a citizen of Washington, and Defendants are citizens of Tennessee and Delaware, and because Plaintiff is claiming damages in excess of $75,000, exclusive of interest and costs, this Court has original jurisdiction over the subject matter of Plaintiff's Complaint pursuant to 28 U.S.C. § 1332(a), and, in turn, removal is appropriate pursuant to 28 U.S.C 1441.

The foregoing statement is made under penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

SIGNED at Seattle, Washington this 20th day of March 2009.

/s/ Carin A. Marney
CARIN A. MARNEY

DECLARATION OF CARIN A. MARNEY IN SUPPORT
OF REMOVAL - 3

119707.0016/1687582.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2009, I caused to be served a copy of the foregoing **DECLARATION OF CARIN A. MARNEY IN SUPPORT OF REMOVAL TO FEDERAL COURT** on the following person in the manner indicated below at the following address:

Mr. Jeff B. Crollard
Crollard Kahn PC
200 - 2nd Avenue W
Seattle, WA 98118-4204

☐ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☒ by **Hand Delivery**
☐ by **Overnight Delivery**

_____
Patricia King

DECLARATION OF CARIN A. MARNEY IN SUPPORT
OF REMOVAL - 4

119707.0016/1687582.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## Corporations: Registration Detail

Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

LIFE CARE CENTERS OF AMERICA, INC.

| | |
|---|---|
| UBI Number | 600487886 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | TN |
| Date of Incorporation | 11/14/1977 |
| Expiration Date | 11/30/2009 |
| Dissolution Date | |
| Registered Agent Information | |
| Agent Name | C T CORPORATION SYSTEM |
| Address | 1801 WEST BAY DR NW STE 206 |
| City | OLYMPIA |
| State | WA |
| ZIP | 98502 |
| Special Address Information | |
| Address | |
| City | |

**EXHIBIT A**

05

State

Zip

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| Treasurer | HENRY , TERRY | CLEVELAND , TN |
| Chairman | PRESTON , FORREST | CLEVELAND , TN |
| Treasurer | ZIEGLER , J | OOLTEWAH , TN |
| Vice President | CLAYTON , ANGELENA | CLEVELAND , TN |
| Secretary | THURMOND , JOAN | CLEVELAND , TN |

« Return to Search List

You can find this information at: http://www.secstate.wa.gov/corps/search_detail.aspx?ubi=600487886

06

## Corporations: Registration Detail

Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

KENNEWICK MEDICAL INVESTORS, LLC

| | |
|---|---|
| UBI Number | 602511144 |
| Category | LLC |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | DE |
| Date of Incorporation | 06/10/2005 |
| Expiration Date | 06/30/2009 |
| Dissolution Date | |
| Registered Agent Information | |
| Agent Name | C T CORPORATION SYSTEM |
| Address | 1801 WEST BAY DR NW STE 206 |
| City | OLYMPIA |
| State | WA |
| ZIP | 98502 |
| Special Address Information | |
| Address | |
| City | |

**EXHIBIT B**

07

State

Zip

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| Member | LIFE CARE CENTERS OF AMERICA , INC | CLEVELAND , TN |

« Return to Search List

You can find this information at: http://www.secstate.wa.gov/corps/search_detail.aspx?ubi=602511144