1  Carin A. Marney, WSBA No. 25132
   Theodore A. Sheffield, WSBA No 35874
2  LANE POWELL PC
   1420 Fifth Avenue, Suite 4100
3  Seattle, Washington 98101-2338
   Telephone: 206.223.7000
4  Facsimile: 206.223.7107

5  Attorneys for Defendants Life Care
   Centers of America, Inc. and Kennewick
6  Medical Investors LLC, d/b/a Life Care
   Center of Kennewick

7

8

9               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
10

| | |
|---|---|
| ESTATE OF MARGARETTE E. ECKSTEIN, by and through its Personal Representative, PATRICIA K. LUCKEY,<br><br>    Plaintiff,<br><br>v.<br><br>LIFECARE CENTERS OF AMERICA, INC., a Tennessee corporation; LIFE CARE CENTER OF KENNEWICK, a Washington Nursing Home; KENNEWICK MEDICAL INVESTORS, LLC, a Delaware corporation; JOHN DOES 1-10 inclusively, jointly and severally liable,<br><br>    Defendants. | NO.<br><br>DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT |

COME NOW Defendants Life Care Centers of America, Inc., and Kennewick Medical Investors, LLC d/b/a Life Care Center of Kennewick (collectively referred to as "Defendants") by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 7.1, and hereby state that Kennewick Medical Investors, LLC is a limited liability company with Life Care Centers of America, Inc. serving as its sole member. Defendants further

DEFENDANTS' RULE 7.1 DISCLOSURE
STATEMENT - 1

119707.0016/1688899.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  state that Kennewick Medical Investors, LLC does business as Life Care Center
2  of Kennewick.  Except as disclosed above, Defendants have no additional parent
3  corporations and no publicly held corporation owns 10% or more of Defendants'
4  stock.

   DATED: March 20, 2009

                                          LANE POWELL PC


                                          By /s/  Carin A. Marney
                                             Carin A. Marney, WSBA No. 25132
                                             Theodore A. Sheffield, WSBA No. 35874
                                          Attorneys for Defendants Life Care
                                          Centers of America, Inc. and Kennewick
                                          Medical Investors LLC, d/b/a Life Care
                                          Center of Kennewick

DEFENDANTS' RULE 7.1 DISCLOSURE
STATEMENT - 2

119707.0016/1688899.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2009, I caused to be served a copy of the foregoing **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** on the following person(s) in the manner indicated below at the following address(es):

| | |
|---|---|
| Mr. Jeff B. Crollard<br>Crollard Kahn PC<br>200 - 2nd Avenue W<br>Seattle, WA 98118-4204 | ☐ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☑ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

*/s/ Patricia King*
Patricia King

DEFENDANTS' RULE 7.1 DISCLOSURE
STATEMENT - 3

119707.0016/1688899.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107