1  Carin A. Marney, WSBA No. 25132
   Theodore A. Sheffield, WSBA No 35874
2  LANE POWELL PC
   1420 Fifth Avenue, Suite 4100
3  Seattle, Washington 98101-2338
   Telephone: 206.223.7000
4  Facsimile: 206.223.7107

5  Attorneys for Defendants Life Care
   Centers of America, Inc. and Kennewick
6  Medical Investors LLC, d/b/a Life Care
   Center of Kennewick

7

8

9               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
10                       AT SPOKANE

11 ESTATE OF MARGARETTE E.          )
   ECKSTEIN, by and through its     )
12 Personal Representative, PATRICIA K.) NO. CV-09-5022-LRS
   LUCKEY,                          )
13                                  ) DECLARATION OF CARMAN
                    Plaintiff,      ) MOFFAT IN SUPPORT OF
14                                  ) MOTION TO COMPEL
        v.                          ) ARBITRATION AND STAY
15                                  ) PROCEEDINGS
   LIFECARE CENTERS OF              )
16 AMERICA, INC., a Tennessee       )
   corporation; LIFE CARE CENTER OF )
17 KENNEWICK, a Washington Nursing  )
   Home; KENNEWICK MEDICAL          )
18 INVESTORS, LLC, a Delaware       )
   corporation; JOHN DOES 1-10      )
19 inclusively, jointly and severally liable, )
                                    )
20                  Defendants.     )
                                    )
21 ─────────────────────────────────

22 I, Carman Moffat, do hereby declare:

23     1.    I serve as the Business Office Manager for Life Care Center of

24 Kennewick ("LCC Kennewick"). I am over the age of eighteen and competent

25
   to testify to matters herein. I have reviewed LCC Kennewick's business records
26

DECLARATION OF CARMAN MOFFAT- 1

119707.0016/1697938.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

pertaining to former resident, Margarette Eckstein. Based upon this review, I have personal knowledge of the facts set forth in this declaration.

2. Margarette Eckstein was admitted to LCC Kennewick on or about November 12, 2004.

3. Attached hereto as Exhibit A is a true and correct copy of a document maintained in LCC Kennewick's' records entitled, "Durable Power of Attorney of Margarette Eckstein."

4. Attached hereto as Exhibit B is a true and correct copy of the Voluntary Agreement for Arbitration, signed on November 12, 2004, also maintained in LCC Kennewick's records regarding Margarette Eckstein.

5. Upon reviewing the LCC Kennewick's business records pertaining to Margarette Eckstein, I have confirmed there is no record indicating a revocation of the attached Voluntary Agreement for Arbitration.

The foregoing statement is made under penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

SIGNED at Kennewick, Washington this __16__ day of April 2009.

_Carmen Moffat_
Carmen Moffat

DECLARATION OF CARMEN MOFFAT- 2

119707.0016/1697938.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 20thday of April, 2009, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Mr. Jeff B. Crollard
Crollard Kahn PC
200 - 2nd Avenue W
Seattle, WA 98118-4204
Email: jbc@crollardlaw.com

EXECUTED this 20th day of April 2009, at Seattle, Washington.


By /s/Patricia King
Patricia King

DECLARATION OF CARMAN MOFFAT- 3

119707.0016/1697938.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107