Carin A. Marney, WSBA No. 25132
Theodore A. Sheffield, WSBA No. 35874
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| ESTATE OF MARGARETTE E. ECKSTEIN, by and through its Personal Representative, PATRICIA K. LUCKEY,<br><br>                Plaintiff,<br><br>    v.<br><br>LIFECARE CENTERS OF AMERICA, INC., a Tennessee corporation; LIFE CARE CENTER OF KENNEWICK, a Washington Nursing Home; KENNEWICK MEDICAL INVESTORS, LLC, a Delaware corporation; JOHN DOES 1-10 inclusively, jointly and severally liable,<br><br>                Defendants. | No. CV-09-5022-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation of the parties, Ct. Rec. 26, IT IS HEREBY ORDERED that all claims in the above captioned lawsuit between Plaintiff Estate of Margarette Eckstein, by and through its Personal Representative,

ORDER OF DISMISSAL
WITH PREJUDICE
NO. CV-09-5022 - 1
119707.0016/1841399.1

1  Patricia K. Luckey and Defendants Life Care Centers of America, Inc., Life
2  Care Center of Kennewick, and Kennewick Medical Investors, LLC are
3  dismissed with prejudice and without costs or attorneys' fees to any party. The
4  District Court Executive shall close the file in this matter.
5
6
7      DONE IN OPEN COURT this 7th day of May, 2010.
8                                     *s/Lonny R. Suko*
9                                     _____
10                                    HONORABLE LONNY R. SUKO
                                      CHIEF U.S. DIST. COURT JUDGE
11
12 Presented by:
13 LANE POWELL PC
14
15
16 By  */s/ Carin A. Marney*
17    Carin A. Marney, WSBA No. 25132
       Theodore A. Sheffield, WSBA No. 35874
18 Attorneys for Defendants Life Care Centers
   of America, Inc., Life Care Center of Kennewick,
19 and Kennewick Medical Investors, LLC
20
   Copy Received; Approved as to form;
21 Notice of Presentation Waived:
22
23 CROLLARD LAW OFFICES PLLC
24
25 By  */s/ Jeff B. Crolalrd*
      Jeff B. Crollard, WSBA No. 15561
26 Attorneys for Plaintiff

ORDER OF DISMISSAL
WITH PREJUDICE
NO. CV-09-5022 - 2
119707.0016/1841399.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107